**Charles Noel, Appellant, v. Jonathan Hale, Appellee.**

**Gen. No. 48,178.**

First District, First Division.
October 30, 1961.

H. P. Hutul, of Chicago (J. F. Skrandel, of counsel), for appellant; Tufano, Gerstein and Sussman, of Chicago (Joseph M. Gerstein, of counsel), for appellee. Opinion by MR. PRESIDING JUSTICE MURPHY. **Not to be published in full.**